# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN OHIO DISTRICT
# EASTERN DIVISION

**CLAUDINE A. BAKER CLARK,**

    **Plaintiff,**

**v.**                                                     **Case No. 2:20-cv-3338**
                                                        **JUDGE EDMUND A. SARGUS, JR.**

**COMMISSIONER OF**                      **Magistrate Judge Chelsey M. Vascura**
**SOCIAL SECURITY,**

    **Defendant.**

## OPINION AND ORDER

On May 12, 2021, the Magistrate Judge issued a Report and Recommendation in which she recommended reversing the Commissioner and remanding this case. (ECF No. 19.) The time for objecting has passed and no objection was filed. For the reasons stated in the Report and Recommendation, this Court **REVERSES** the Commissioner of Social Security's non-disability finding and **REMANDS** this case to the Commissioner and the ALJ under Sentence Four of § 405(g) for further consideration consistent with the Magistrate Judge's Report and Recommendation, which this Court hereby **ADOPTS**.

    **IT IS SO ORDERED.**


**9/7/2021**                                                  **_s/ Edmund A. Sargus, Jr._**
**Date**                                                       **EDMUND A. SARGUS, JR., JUDGE**
                                                      **UNITED STATES DISTRICT COURT**